# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKIE WILLIAMS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SECURITAS SECURITY SERVICES | : | |
| USA, INC. | : | NO. 10-7181 |

ORDER

AND NOW, this 13th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the emergency motion of plaintiffs for a protective order and corrective mailing to address defendant's improper communications with absent class members is GRANTED;

(2) within 48 hours, defendant Securitas Security Services USA, Inc. shall submit to the court and to plaintiffs a form of notice as set forth in paragraph (3);

(3) the notice, which shall briefly describe the lawsuit, shall advise Securitas' Pennsylvania employees that the Dispute Resolution Agreement is not binding with regard to any participation in this lawsuit and will not have any effect with regard to their participation in this lawsuit, notwithstanding the fact that they may have signed the agreement or failed timely to opt out; and

(4) plaintiffs will initiate a phone conference on Friday, July 15, 2011 at 5:00 p.m. with all counsel and the court to discuss the proposed notice.

BY THE COURT:

/s/ Harvey Bartle III
J.