UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE COOK, SCOTT TOMKINS, and JOSEPH G. HUSK, on behalf of themselves and others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>AMEDISYS, INC.,<br><br>Defendants. | Civil Action No.: 3:12-CV-01082 (WWE)<br><br><br><br>SEPTEMBER 3, 2013 |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN EXCESS OF TEN PAGES

Defendant Amedisys, Inc., ("Defendant"), pursuant to Local Rule 7(d), requests this Court to grant Defendant leave to file a Sur-Reply in excess of ten pages in Opposition to Plaintiffs' Emergency Motion for Protective Order and Corrective Mailing. In support of this Motion, Defendant states:

1. Defendant is filing herewith its Sur-Reply in Opposition to Plaintiff's Emergency Motion for Protective Order and Corrective Mailing.

2. Defendant's Sur-Reply is 16 pages in length, excluding the table of contents and signature block, and the additional pages are needed to adequately address the issues raised in Plaintiffs' Reply Brief in Support of its Emergency Motion for Protective Order and Corrective Mailing. Further, the additional pages are needed to address the Proposed Order (Dkt. No. 106-1) that Plaintiffs have submitted to the Court.

WHEREFORE, Defendant requests this court to grant it leave to file a Sur-Reply in excess of ten pages.

Respectfully submitted this 3rd day of September, 2013.

/s/ *Angelo Spinola*
Jason R. Stanevich (CT 28125)
Lori Alexander (CT 08970)
LITTLER MENDELSON, P.C.
265 Church Street
Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
jstanevich@littler.com
lalexander@littler.com

Angelo Spinola (phv06079)
Marcia A. Ganz (phv06052)
LITTLER MENDELSON, P.C.
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326
Telephone: 404.233.0330
Facsimile: 404.233.2361
aspinola@littler.com
mganz@littler.com

Michael S. McIntosh (phv06051)
LITTLER MENDELSON, P.C.
1650 Tysons Blvd.
Suite 700
McLean, VA 22102
Telephone: 703.442.8425
Facsimile: 703.442.8428
mmcintosh@littler.com

***Attorneys for Defendant***

## CERTIFICATION

I hereby certify that on September 3, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Jason R. Stanevich*
Jason R. Stanevich