IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT TOMKINS, JOSEPH G. HUSK, and ELIZABETH LEUNG on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> AMEDISYS, INC., <br><br> *Defendant*. | ) ) ) ) ) ) Civil Action No.: 3:12-cv-01082 (WWE) ) ) **ORDER** ) ) ) ) |

AND NOW, this 13th day of January, 2014, for the reasons stated on the record at the hearing held August 29, 2013, it is hereby ORDERED that:

1) the emergency motion of Plaintiffs for a protective order and corrective mailing to address Defendant's improper communications with opt-in plaintiffs and putative class members is GRANTED;

2) Defendant is prohibited from further communications with opt-in Plaintiffs and putative class members regarding this litigation without permission from the Court;

3) Defendant is directed to provide names, telephone numbers, and addresses of all putative class members who were sent the Dispute Resolution Agreement;

4) Defendant shall provide Plaintiffs' counsel with all materials sent to or received from opt-in Plaintiffs and putative class members;

5) after the Court's final approval of the class certification notice, corrective notice shall be issued simultaneously with notice of pending lawsuit. The corrective notice shall briefly describe the lawsuit, shall advise Amedisys' employees that the Dispute Resolution Agreement is not binding with

regard to any participation in this lawsuit and will not have any effect with regard to their participation in this lawsuit, notwithstanding the fact that they may have failed timely to opt out.  This ruling, however, does not preclude Amedisys from implementing the Dispute Resolution Agreement with respect to any disputes arising outside of this lawsuit.

Dated this 13th day of January, 2014, at Bridgeport, Connecticut.

                                              /s/
                                    Honorable Warren W. Eginton
                                    Senior United States District Judge