UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT TOMKINS, JOSEPH G. HUSK, ELIZABETH LEUNG, JOANN CARTER, and KEVIN SAUTEL on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMEDISYS, INC.,<br><br>Defendant. | Case No.:   3:12-cv-01082 (WWE)<br><br>September 18, 2015 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

The above captioned matter came before the Court on Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses ("Unopposed Motion for Attorneys' Fees") (Dkt. No.___). The Court has considered the representations of Plaintiffs' Counsels, the pleadings, and the record, and rules as follow with respect to Plaintiff's Counsels' request for attorneys' fees:

(1)  Plaintiffs' Counsels are Awarded attorneys' fees of one-third of the Settlement Fund ($2,666,666.67); and

(2)  Plaintiffs' Counsels are Awarded $36,701.80 in litigation expenses.

DATED: January 26, 2016

/s/ Warren W. Eginton, Susan ?
WARREN W. EGINTON
SENIOR U.S. DISTRICT JUDGE

Firmwide:300117507.2 057897.1038